**Order entered September 12, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00623-CR
## No. 05-19-00624-CR

**ENRIQUE PERALTA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 282nd Judicial District Court
Dallas County, Texas
Trial Court Cause Nos. F18-75329-S & F18-75330-S**

## ORDER

Before the Court is appellant's September 9, 2019 third motion to extend the time to file appellant's brief. The brief has been tendered with the motion. We **GRANT** the motion and **ORDER** appellant's brief filed as of the date of this order.

/s/    LANA MYERS
       JUSTICE